UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
                              :

HOUSSAM ALKHOURY, Individually and on :
Behalf of All Others Similarly Situated,

                              :

              Plaintiff,    :

    -v-                       :

                              :

LULULEMON ATHLETICA, INC., et al.,  :

                              :

            Defendants.   :
--------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **SEP 0 5 2013**

13 Civ. 4596 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

On July 2, 2013, plaintiff Houssam Alkhoury filed a class action lawsuit on behalf of all those who purchased common stock of lululemon athletic inc. ("Lululemon") between March 21, 2013 and June 10, 2013. (Compl. ¶ 1, ECF No. 1.) The complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("1934 Act"), and Rule 10b-5 thereunder. (Id.)

Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that:

> Not later than 20 days after the date on which the complaint is filed, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class--
>
> > (I) of the pendency of the action, the claims asserted therein, and the purported class period; and
> >
> > (II) that, not later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class.

15 U.S.C. § 78u-4(a)(3)(A)(i). The PSLRA also requires that not later than 90 days after the date on which notice is published, the Court shall consider any motion made by a purported class member in response to the notice, and shall appoint as lead plaintiff the member or members of the purported plaintiff class that the Court determines to be most capable of adequately representing the interests of class members. See id. § 78u-4(a)(3)(B)(i). In the event that more than one action on behalf of a class asserting substantially the same claim or claims has been filed, and any party has sought to consolidate those actions for pretrial purposes or for trial, the Court shall not appoint a lead plaintiff until after a decision on the motion to consolidate is rendered. See id. § 78u-4(a)(3)(B)(ii).

The Court notes that plaintiff's counsel published the required notice on July 3, 2012. (See Rosenfeld Decl. Ex. A, ECF No. 7-1.) The Court further notes that it has received two timely motions to serve as lead plaintiffs. (See ECF Nos. 5, 8.) Accordingly, it is hereby

ORDERED that a conference shall be held at **5:00 p.m. on October 3, 2013** in Courtroom 15A, United States Courthouse, 500 Pearl Street, New York, New York to consider these motions.

IT IS FURTHER ORDERED that any opposition to these motions shall be served and filed by **September 25, 2013**.

IT IS FURTHER ORDERED that the named plaintiff shall promptly serve a copy of this Order on each of the defendants.

SO ORDERED.

Dated:      New York, New York
            September 4, 2013

_____
KATHERINE B. FORREST
United States District Judge