# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • LOUISIANA

Hannah G. Ross
Hannah@blbglaw.com
212-554-1411

March 6, 2014

**BY EMAIL & ECF**

Hon. Katherine B. Forrest, U.S.D.J.
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 07 2014
```

Re: *In re Lululemon Securities Litigation*, 13-4596 (KBF) (S.D.N.Y.)

Dear Judge Forrest:

We represent Lead Plaintiff, the Louisiana Sheriffs' Pension & Relief Fund, in the above-referenced securities class action. On February 18, 2014, Defendants filed two briefs moving to dismiss Lead Plaintiffs' Consolidated Amended Complaint (ECF Nos. 48, 51). Lead Plaintiff's memorandums in opposition to those motions are due on March 13, 2014, and Defendants' reply memorandums in further support of those motions are due on March 24, 2014. Pursuant to Section 2.D of Your Honor's Individual Practices, Lead Plaintiffs are permitted to file two memorandums in opposition to Defendants' two motions to dismiss of no more than 25 pages each, for a total of 50 pages. Rather than file two separate memorandums, Lead Plaintiff respectfully requests leave to file an omnibus memorandum not to exceed 40 pages in total. Defendants consent to this request, provided that, rather than filing two separate reply memoranda of no more than 10 pages each (for a total of 20 pages), they are given leave to file two reply memoranda not to exceed 20 pages in total, but with the option to divide the 20 pages amongst Defendants as they determine appropriate in response to the omnibus opposition memorandum.

Neither Lead Plaintiff nor Defendants previously made similar requests, and both parties consent to the requests set forth above.

Respectfully submitted,

*Hannah Ross/LP*

Hannah G. Ross

cc: All counsel of record (by email)

*Ordered*
Application granted.

K. B. Forrest
USDJ
3/7/14

1285 AVENUE OF THE AMERICAS • NEW YORK • NY 10019-6028
TELEPHONE: 212-554-1400 • www.blbglaw.com • FACSIMILE: 212-554-1444