UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 11, 2014
```

IN RE LULULEMON SECURITIES
LITIGATION

13 Civ. 4596 (KBF)
and all related cases

ORDER

------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

The conference previously scheduled for April 4, 2014 shall take place at **3:00 p.m.** that day.

The Court has set aside two hours for this conference. The parties should be prepared to argue the motions to dismiss filed in both In re Lululemon Securities Litigation (13 Civ. 4596) (the "Securities Action") and Canty v. Day et al. (13 Civ. 5629) and Federman v. Day et al. (13 Civ. 5977) (collectively, the "Derivative Actions"). The Court notes that the motions to dismiss in Derivative Actions became fully briefed on February 21, 2014, while the motions to dismiss in the Securities Action will be fully briefed by March 24, 2014.

SO ORDERED.

Dated:   New York, New York
         March 11, 2014

_____
KATHERINE B. FORREST
United States District Judge