```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 2 8 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LULULEMON SECURITIES
LITIGATION

13-CV-4596 (KBF)

ELECTRONICALLY FILED

## NOTICE OF WITHDRAWAL

TO:   The Clerk of the Court and All Parties of Record:

PLEASE TAKE NOTICE THAT Laura H. Posner hereby withdrawals as counsel of record. Bernstein Litowitz Berger & Grossmann LLP will continue to represent Lead Plaintiffs and the Class.

Dated: April 25, 2014

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP

/s/ Laura Posner
Laura H. Posner
1285 Avenue of the Americas
36th Floor
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Lead Plaintiffs and the Class*

So ordered.

K. B. Forrest
USDJ

4/28/14